# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI ST. JOSEPH DIVISION

| | |
|---|---|
| CRYSTAL COLDIRON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 5:20-cv-06157-DGK |
| ) | |
| SCREENING REPORTS INC. ) | |
| d/b/a BETTERNOI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Having considered Plaintiff's notice of dismissal; ECF No. 22; it is hereby ORDERED that all claims between the above-named parties are DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Date: April 20, 2021  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT